IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NANCY HOKANSON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:10-CV-2097-MPM-DGB |
| CONSUMER RECOVERY ASSOCIATES, LLC, | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT

Plaintiff Nancy Hokanson through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby states that she has received a total of $4,450.00 from Defendant, Consumer Recovery Associates, LLC, which constitutes total satisfaction of the judgment entered by the Court on July 14, 2010 inclusive of all fees, costs and expenses.

Respectfully submitted,

s/Michelle R. Teggelaar

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Michelle R. Teggelaar, hereby certify that on July 14, 2010, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the following party via electronic mail:

James K. Schultz (jschultz@sessions-law.biz)


s/ Michelle R. Teggelaar